# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-0135
LT Case No. 16-2021-CT-014265-AXXX

———————————————

ILDER RAMIRO YOC PEREZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the County Court for Duval County.
Julie Taylor, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris,
Senior Assistant Attorney General, Tallahassee, for Appellee.

March 26, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____